IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

ANDREW BROWN　　　　　　　　:　　Sunday, February 8, 2026
4632 HILTON AVE APT 29　　　　　:
COLUMBUS, OH 43228　　　　　　:　　CASE #: 2:26: CV0041
　　　　　　　　　　　　　　　　:
　　　PLAINTIFF　　　　　　　　:　　JUDGE: SARGUS
　　　　　　　　　　　　　　　　:　　MAGISTRATE JUDGE: DEAVERS
V.　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
ASCENDIUM　　　　　　　　　　:　　<u>MOTION FOR TEMPORARY</u>
38 BUTTONWOOD COURT　　　　　:　　<u>STAY OF DEBT</u>
MADISON, WI 53718　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　DEFENDANT　　　　　　　　:

1. This is the Plaintiff's motion for a temporary stay of debt from the Defendant. Plaintiff filed his federal question on January 13th. Defendant mailed the Plaintiff a request for treasury offset regarding his private student loans with the Defendant on January 8th see exhibit one of the complaint. Plaintiff attended DeVry University a **private** University. Within the defendant's request for treasury offset is a tight sixty five day deadline for a response. The main rational for this pleading.

2. Defendant filed their answer on February 4th. Plaintiff wants this court to independently consider this motion.

3. Plaintiff wants to stay the debt until the party has been through trial. Plaintiff requests a trial for this debt as he doesn't owe for it. The Defendant has to prove that the Plaintiff owes for this debt using the contract with the Defendant, and the Fair Debt Collection Practices Act (FDCPA).

4. Plaintiff wants to utilize the defenses in Civ. Rule 12b regarding the stay.

5. Per the Plaintiff as a party it will look better if we stay the debt until this debt has been to trial, and a ruling has been made regarding the debt. Granting the stay of debt will relieve any burden on the party.

6. Plaintiff is unable to find **any** burden regarding the stay of debt. [Beverly Hills Concepts, Inc. v. Schatz and Schatz, Ribicoff and Kotkin., Supreme Court of Connecticut, 1998, 247 Conn. 48, 717 A.2d 724] As the Plaintiff doesn't owe for the debt.

7. The Plaintiff respectively requests this court grant his motion for temporary stay of debt.


/s/ Andrew M. Brown
Andrew M. Brown
4632 Hilton Ave. Apt 29
Columbus, OH 43228
1614.385.0074
Comput1212b@hotmail.com

2

CERTIFICATE OF SERVICE

I certify that on February 9th 2026 that the attached document was personally served to:

Civil Clerk
United States District Court
85 Marconi Boulevard
Columbus, OH 43215

There is no need to serve the Defendant. Defendant has representation per the Pacer docket.

/s/ Andrew M. Brown
4632 Hilton Ave Apt. 29
Columbus, OH 43228
614-385-0074
comput1212b@hotmail.com

3