**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ANDREW BROWN,

     Plaintiff(s),                   :

                                  Case No. 2:26-cv-41

     v.                      :    Judge Edmund A. Sargus, Jr.

                                  Magistrate Judge Elizabeth Preston Deavers

ASCENDIUM,                        :

     Defendant(s).

## ORDER

For good cause shown, the Court hereby **GRANTS** Defendant's Motion to Continue the Preliminary Pretrial Conference, currently scheduled for March 5, 2026, at 11:00 AM. (ECF No. 8.) The conference will instead be held on **MARCH 24, 2026,** at **10:00 AM**. The parties are directed to call 1-551-285-1373, enter Zoom Meeting ID 161-603-4081#. The Participant ID and Meeting Passcode are both 581746#.

The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only**).**

     **IT IS SO ORDERED.**

**DATE: February 18, 2026**                    **/s/ *Elizabeth A. Preston Deavers***
                                        **ELIZABETH A. PRESTON DEAVERS**
                                        **UNITED STATES MAGISTRATE JUDGE**