# EXHIBIT A

An official website of the United States government.

? | Help Center | Contact Us

**Federal Student Aid** | NSLDS
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

Melissa Johnson - 755 - ASCENDIUM EDUCATION SOLUTIONS, INC  ⌄

Aid Recipient | School | Enrollment | Data Providers | Reports | Resources

🔍 Search Aid

Ⓗ **SSN:** \*\*\*-\*\*-▮▮▮ 👁  **DOB:** ▮▮▮▮  **Name:** ANDREW M. BROWN  **Role(s):** Student

Clear Aid Recipient

⚠ <u>Defaulted</u>

∧ Hide Alerts

# Loan Summary

Financial Aid Dashboard > Loan Summary

<u>View Loan Linking History</u>❯

## Total Outstanding Balance

As of 01/05/2026

**Total Outstanding Principal Balance:**
$▮▮▮

**Total Outstanding Interest Balance:**
$▮▮▮

**Total Other Fees:**
$▮

▽ Filter

Sort By: | Loan Date ⌄ |

X Export to CSV

---

**28**

**Loan Type:**
D1 - Direct Stafford Subsidized

**Loan Status:**
FB - Forbearance as of 09/14/2023

**Award Year:**
2011-2012

**View Loan Details** ❯

**Loan Amount:**
$▮▮

**Loan Date:**
05/04/2012

**Loan Period:**
02/27/2012 - 06/24/2012

**School Name:**
<u>02075400 - Keller Graduate School of Management</u>

**Academic Level:**
A - 1st yr. Grad./Prof.

**Federal Loan Servicer:**
<u>578 - DEPT OF ED/AIDVANTAGE</u>

**Outstanding Principal Balance:**
$▮▮

**Outstanding Interest Balance:**
$▮▮

**Cumulative Disbursed Amount:**
$▮▮

**Aggregate OPB:**
$▮▮

**Capitalized Interest:**
$▮▮

**Most Recent Disbursed Date:**
05/04/2012

Capitalized Interest 🗐     Federally-Serviced 🗐     Standard 🗐

---

**27**

**Loan Type:**
D2 - Direct Stafford Unsubsidized

**Loan Status:**
FB - Forbearance as of 09/14/2023

**Award Year:**
2011-2012

**View Loan Details** ❯

**Loan Amount:**
$▮▮

**Loan Date:**
05/04/2012

**School Name:**
<u>02075400 - Keller Graduate School of Management</u>

**Academic Level:**
A - 1st yr. Grad./Prof.

**Outstanding Principal Balance:**
$▮▮

**Outstanding Interest Balance:**
$▮▮

**Aggregate OPB:**
$▮▮

**Capitalized Interest:**
$▮▮

**Loan Period:**
02/27/2012 - 06/24/2012

**Federal Loan Servicer:**
578 - DEPT OF ED/AIDVANTAGE

**Cumulative Disbursed Amount:**
$▓

**Most Recent Disbursed Date:**
05/04/2012

Capitalized Interest 🗍   Federally-Serviced 🗍   Standard 🗍

---

**26**   **Loan Type:**
GB - FFEL PLUS Graduate

**Loan Status:**
FB - Forbearance as of 09/14/2023

**View Loan Details ›**

**Loan Amount:**
$▓

**School Name:**
02075400 - Keller Graduate School of Management

**Academic Level:**
A - 1st yr. Grad./Prof.

**Federal Loan Servicer:**
578 - DEPT OF ED/AIDVANTAGE

**Outstanding Principal Balance:**
$▓

**Outstanding Interest Balance:**
$▓

**Cumulative Disbursed Amount:**
$▓

**Aggregate OPB:**
$▓

**Capitalized Interest:**
$▓

**Most Recent Disbursed Date:**
04/30/2009

**Separate Loan Indicator:**
N/R

**Loan Date:**
11/17/2008

**Loan Period:**
10/27/2008 - 03/01/2009

Capitalized Interest 🗍   Federally-Serviced 🗍   Extended, Fixed 🗍

---

**25**   **Loan Type:**
SU - FFEL Stafford Unsubsidized

**Loan Status:**
FB - Forbearance as of 09/14/2023

**View Loan Details ›**

**Loan Amount:**
$▓

**School Name:**
02075400 - Keller Graduate School of Management

**Academic Level:**
A - 1st yr. Grad./Prof.

**Federal Loan Servicer:**
578 - DEPT OF ED/AIDVANTAGE

**Outstanding Principal Balance:**
$▓

**Outstanding Interest Balance:**
$▓

**Cumulative Disbursed Amount:**
$▓

**Aggregate OPB:**
$▓

**Capitalized Interest:**
$▓

**Most Recent Disbursed Date:**
09/03/2008

**Separate Loan Indicator:**
N/R

**Loan Date:**
09/01/2008

**Loan Period:**
07/07/2008 - 10/26/2008

Capitalized Interest 🗍   Federally-Serviced 🗍   Extended, Fixed 🗍

---

**24**   **Loan Type:**
GB - FFEL PLUS Graduate

**Loan Status:**
FB - Forbearance as of 09/14/2023

**View Loan Details ›**

**Loan Amount:**
$▓

**School Name:**
02075400 - Keller Graduate School of Management

**Academic Level:**
A - 1st yr. Grad./Prof.

**Federal Loan Servicer:**
578 - DEPT OF ED/AIDVANTAGE

**Outstanding Principal Balance:**
$▓

**Outstanding Interest Balance:**
$▓

**Cumulative Disbursed Amount:**
$▓

**Aggregate OPB:**
$▓

**Capitalized Interest:**
$▓

**Most Recent Disbursed Date:**
09/03/2008

**Separate Loan Indicator:**
N/R

**Loan Date:**
08/18/2008

**Loan Period:**
07/07/2008 - 10/26/2008

Capitalized Interest 🗍   Federally-Serviced 🗍   Extended, Fixed 🗍

---

**23**   **Loan Type:**
SU - FFEL Stafford Unsubsidized

**Loan Status:**
FB - Forbearance as of 09/14/2023

**View Loan Details ›**

**Loan Amount:**
$▓

**School Name:**
02075400 - Keller Graduate School of Management

**Loan Date:**

**Outstanding Principal Balance:**
$▓

**Outstanding Interest Balance:**

**Aggregate OPB:**
$▓

**Capitalized Interest:**

07/02/2008

**Academic Level:**
A - 1st yr. Grad./Prof.

**Federal Loan Servicer:**
578 - DEPT OF ED/AIDVANTAGE

**Loan Period:**
10/27/2008 - 06/21/2009

$ ▮

**Cumulative Disbursed Amount:**
$ ▮

$ ▮

**Most Recent Disbursed Date:**
04/30/2009

**Separate Loan Indicator:**
N/R

Capitalized Interest 🗍     Federally-Serviced 🗍     Extended, Fixed 🗍

---

**22**

**Loan Type:**
**SF - FFEL Stafford Subsidized**

**Loan Status:**
FB - Forbearance as of 09/14/2023

**View Loan Details** ›

**Loan Amount:**
$ ▮

**Loan Date:**
07/02/2008

**Loan Period:**
10/27/2008 - 06/21/2009

**School Name:**
02075400 - Keller Graduate School of Management

**Academic Level:**
A - 1st yr. Grad./Prof.

**Federal Loan Servicer:**
578 - DEPT OF ED/AIDVANTAGE

**Outstanding Principal Balance:**
$ ▮

**Outstanding Interest Balance:**
$ ▮

**Cumulative Disbursed Amount:**
$ ▮

**Aggregate OPB:**
$ ▮

**Capitalized Interest:**
$ ▮

**Most Recent Disbursed Date:**
04/30/2009

**Separate Loan Indicator:**
N/R

Capitalized Interest 🗍     Federally-Serviced 🗍     Extended, Fixed 🗍

---

**21**

**Loan Type:**
**SF - FFEL Stafford Subsidized**

**Loan Status:**
FB - Forbearance as of 09/14/2023

**View Loan Details** ›

**Loan Amount:**
$ ▮

**Loan Date:**
07/02/2008

**Loan Period:**
07/07/2008 - 10/26/2008

**School Name:**
02075400 - Keller Graduate School of Management

**Academic Level:**
A - 1st yr. Grad./Prof.

**Federal Loan Servicer:**
578 - DEPT OF ED/AIDVANTAGE

**Outstanding Principal Balance:**
$ ▮

**Outstanding Interest Balance:**
$ ▮

**Cumulative Disbursed Amount:**
$ ▮

**Aggregate OPB:**
$ ▮

**Capitalized Interest:**
$ ▮

**Most Recent Disbursed Date:**
09/03/2008

**Separate Loan Indicator:**
N/R

Capitalized Interest 🗍     Federally-Serviced 🗍     Extended, Fixed 🗍

---

**20**

**Loan Type:**
**SU - FFEL Stafford Unsubsidized**

**Loan Status:**
FB - Forbearance as of 09/14/2023

**View Loan Details** ›

**Loan Amount:**
$ ▮

**Loan Date:**
07/02/2008

**Loan Period:**
07/07/2008 - 10/26/2008

**School Name:**
02075400 - Keller Graduate School of Management

**Academic Level:**
A - 1st yr. Grad./Prof.

**Federal Loan Servicer:**
578 - DEPT OF ED/AIDVANTAGE

**Outstanding Principal Balance:**
$ ▮

**Outstanding Interest Balance:**
$ ▮

**Cumulative Disbursed Amount:**
$ ▮

**Aggregate OPB:**
$ ▮

**Capitalized Interest:**
$ ▮

**Most Recent Disbursed Date:**
09/03/2008

**Separate Loan Indicator:**
N/R

Capitalized Interest 🗍     Federally-Serviced 🗍     Extended, Fixed 🗍

---

**19**

**Loan Type:**
**SU - FFEL Stafford Unsubsidized**

**Loan Status:**
DF - Defaulted, Unresolved as of 05/22/2025 ⚠

**View Loan Details** ›

**Loan Amount:**
$6,000

**Loan Date:**
03/27/2008

**Loan Period:**
03/03/2008 - 06/22/2008

**School Name:**
02075400 - Keller Graduate School of Management

**Academic Level:**
A - 1st yr. Grad./Prof.

**Guaranty Agency:**
755 - ASCENDIUM EDUCATION SOLUTIONS, INC

**Outstanding Principal Balance:**
$14,671

**Outstanding Interest Balance:**
$617

**Cumulative Disbursed Amount:**
$6,000

**Aggregate OPB:**
$6,000

**Separate Loan Indicator:**
A

**Most Recent Disbursed Date:**
05/01/2008

⚠ Default    Capitalized Interest ❐    Commercially-Serviced ❐

---

**18**

**Loan Type:**
SF - FFEL Stafford Subsidized

**Loan Status:**
DF - Defaulted, Unresolved as of 05/22/2025⚠

View Loan Details ›

**Loan Amount:**
$4,250

**Loan Date:**
03/27/2008

**Loan Period:**
03/03/2008 - 06/22/2008

**School Name:**
02075400 - Keller Graduate School of Management

**Academic Level:**
A - 1st yr. Grad./Prof.

**Guaranty Agency:**
755 - ASCENDIUM EDUCATION SOLUTIONS, INC

**Outstanding Principal Balance:**
$7,176

**Outstanding Interest Balance:**
$302

**Cumulative Disbursed Amount:**
$4,250

**Aggregate OPB:**
$4,250

**Separate Loan Indicator:**
A

**Most Recent Disbursed Date:**
05/01/2008

⚠ Default    Capitalized Interest ❐    Commercially-Serviced ❐

---

**17**

**Loan Type:**
GB - FFEL PLUS Graduate

**Loan Status:**
FB - Forbearance as of 09/14/2023

View Loan Details ›

**Loan Amount:**
$█

**Loan Date:**
03/27/2008

**Loan Period:**
03/03/2008 - 06/22/2008

**School Name:**
02075400 - Keller Graduate School of Management

**Academic Level:**
A - 1st yr. Grad./Prof.

**Federal Loan Servicer:**
578 - DEPT OF ED/AIDVANTAGE

**Outstanding Principal Balance:**
$█

**Outstanding Interest Balance:**
$█

**Cumulative Disbursed Amount:**
$█

**Aggregate OPB:**
$█

**Capitalized Interest:**
$█

**Most Recent Disbursed Date:**
05/01/2008

**Separate Loan Indicator:**
N/R

Capitalized Interest ❐    Federally-Serviced ❐    Standard ❐

---

**16**

**Loan Type:**
CL - FFEL Consolidated

**Loan Status:**
DF - Defaulted, Unresolved as of 01/24/2025⚠

View Loan Details ›

**Loan Amount:**
$█

**Loan Date:**
08/11/2005

**School Name:**
N/A

**Guaranty Agency:**
742 - PENNSYLVANIA HIGHER EDUC. ASST. AGENCY

**Outstanding Principal Balance:**
$█

**Outstanding Interest Balance:**
$█

**Cumulative Disbursed Amount:**
$█

**Aggregate OPB:**
$█

**Separate Loan Indicator:**
A

**Most Recent Disbursed Date:**
08/11/2005

⚠ Default    Capitalized Interest ❐    Commercially-Serviced ❐

---

**15**

**Loan Type:**
CL - FFEL Consolidated

**Loan Status:**
DF - Defaulted, Unresolved as of 01/24/2025⚠

View Loan Details ›

| | |
|---|---|
| **Loan Amount:** $▮▮▮ | **School Name:** N/A |
| **Loan Date:** 08/11/2005 | **Guaranty Agency:** 742 - PENNSYLVANIA HIGHER EDUC. ASST. AGENCY |

**Outstanding Principal Balance:** $▮▮▮

**Aggregate OPB:** $▮▮▮

**Outstanding Interest Balance:** $▮▮

**Separate Loan Indicator:** B

**Cumulative Disbursed Amount:** $▮▮▮

**Most Recent Disbursed Date:** 08/11/2005

⚠ Default    Capitalized Interest 🗏    Commercially-Serviced 🗏

---

### 14  Loan Type: D4 - Direct PLUS Parent

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 08/04/2004

**Award Year:** 2003-2004

**View Loan Details ›**

**Loan Amount:** $▮▮

**School Name:** 01072720 - DeVry University - Columbus

**Outstanding Principal Balance:** $▮

**Aggregate OPB:** N/A

**Loan Date:** 03/19/2004

**Academic Level:** 5 - 5th - Other Undergrad.

**Outstanding Interest Balance:** $▮

**Capitalized Interest:** $▮▮

**Loan Period:** 03/01/2004 - 10/24/2004

**Federal Loan Servicer:** 583 - DIRECT LOAN SERVICING CENTER (ACS)

**Cumulative Disbursed Amount:** $▮▮▮

**Most Recent Disbursed Date:** 03/19/2004

Federally-Serviced 🗏    PLUS Student 🗏

---

Showing 1 to 15 of 28 items    «    ‹ Previous    Next ›    »

---

**KNOWLEDGE CENTER**

Knowledge Center Home

FSA Handbook

Knowledge Center FAQ

**TRAINING**

Training Resources

FSA Training Conference

Financial Aid Toolkit

**FINANCIAL AID DELIVERY**

Application & Verification

Calculating Awards & Packaging

Origination & Disbursement

Campus-Based Processing

Return of Title IV Funds

Reconciliation & Closeout

Default Prevention & Management

**TITLE IV PROGRAM ELIGIBILITY**

Title IV Participation Application

Maintain Eligibility

Audit Submission

Appeals

Cybersecurity

School Closures

**MORE INFO**

About NSLDS Professional Access

Help Center

Frequently Asked Questions (FAQ)

Feedback Center

Important Dates

Data Center

