## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW BROWN, | ) | Case No. 2:26-cv-00041-EAS-SCS |
| | ) | |
| | ) | Judge Edmund A. Sargus, Jr. |
| Plaintiff, | ) | |
| | ) | Magistrate Judge |
| vs. | ) | S. Courter M. Shimeall |
| | ) | |
| ASCENDIUM, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Please take notice that attorney Erin J. Ahern of the law firm Calfee, Halter & Griswold LLP ("Calfee"), enters her appearance as additional counsel in this matter on behalf of Defendant Ascendium Education Solutions, Inc. ("Ascendium").  Please add Ms. Ahern to the Court's docketing system and include Ms. Ahern on all future notices and correspondence.

Respectfully submitted,

*/s/ Erin J. Ahern*
Jason J. Blake (0087692)
Gretchen L. Whaling (0096780)
Erin J. Ahern (0104607)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 621-1500
Facsimile: (614) 621-0010
jblake@calfee.com
gwhaling@calfee.com
eahern@calfee.com

*Attorneys for Defendant Ascendium Education Solutions, Inc.*

1

4912-0715-9743, v.2

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2026, a copy of the foregoing was filed with the Court via the Court's electronic filing system. On July 21, 2026, a copy of the foregoing was also mailed and emailed to Plaintiff at the following address and email address:

Andrew M. Brown
4632 Hilton Ave. Apt. 29
Columbus, OH 43228
Comput1212b@hotmail.com

*/s/ Erin J. Ahern*
*One of the Attorneys for Defendant Ascendium*
*Education Solutions, Inc.*

2